AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __NEW YORK__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　Plaintiff (s),<br>V.<br>JAVIER AGUILAR<br>　　　　　　Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 24-cr-00304-ENV |

Notice is hereby given that, subject to approval by the court, __JAVIER AGUILAR__ substitutes
(Party (s) Name)

__BRUCE H. LEHR, ESQ.__, State Bar No. __318930__ as counsel of record in
(Name of New Attorney)

place of __ILENE WEININGER JAROSLAW, ESQ.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　Firm Name:　　　　LEHR, LEVI & MENDEZ, P.A.
　Address:　　　　　4000 PONCE DE LEON BOULEVARD, SUITE 480
　Telephone:　　　　(305) 377-1777　　　　　Facsimile　(305) 377-0087
　E-Mail (Optional):　blehr@llmlawfirm.com

I consent to the above substitution.　　　　　　　　　　　JAVIER AGUILAR
Date:　11/12/2024
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.
Date:　[signature]
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.
Date:　11/12/2024　[signature]
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:　_____　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]